IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 19-03048-01/02-CR-S-BCW |
| | ) | |
| BONTIEA BERNEDETTE GOSS *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court are two motions filed by Defendants: (1) Motion to File Under Seal Their Response in Opposition to the Government's Supplemental Brief (doc. 164), and (2) Motion to Place the Filter-Team Attorney's Supplemental Brief on the Docket Under Seal. (Doc. 166.) Upon review, the motions are **GRANTED**.

It is therefore **ORDERED** that to preserve the record for a reviewing court, the Clerk's Office is directed to file "under seal" the supplemental brief provided to chambers and Defendants by the Government's filter team on March 18, 2022; and it is further **ORDERED** that Defendants' response to the same be filed "under seal."

*/s/ David P. Rush*
**DAVID P. RUSH,**
**UNITED STATES MAGISTRATE JUDGE**

Date: April 12, 2022