# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:19-CR-03048-1-BCW |
| | ) | Case No. 6:19-CR-03048-2-BCW |
| | ) | |
| BONTIEA BERNEDETTE GOSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation (Doc. #192) denying Defendants' motion to dismiss wire-fraud conspiracy (Doc. #100); Defendants' motion for a bill of particulars and to strike surplusage (Doc. #104); and Defendant Bontiea Goss' motion to dismiss portions of Count I (Doc. #105).

On February 8, 2022, Judge Rush held a hearing on these motions and on May 24, 2022 issued the instant Report and Recommendation. Defendants' filed objections to the Report and Recommendation (Doc. #200) and the Government responded to the objections (Doc. #208).

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #192), Defendants' motion to dismiss wire-fraud conspiracy (Doc. #100); Defendants' motion for a bill of particulars and to strike surplusage (Doc. #104); and Defendant Bontiea Goss' motion to dismiss portions of Count I (Doc. #105) are DENIED. It is further

1

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: <u>August 11, 2022</u>                    <u>/s/ Brian C. Wimes</u>
                                                JUDGE BRIAN C. WIMES
                                                UNITED STATES DISTRICT COURT