IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:19-CR-03048-1-BCW |
| ) | Case No. 6:19-CR-03048-2-BCW |
| ) | |
| BONTIEA BERNEDETTE GOSS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation (Doc. #193) denying Defendants' motion to dismiss the indictment based on prosecutorial misconduct with regard to grand jury proceedings (Doc. #103). On June 7, 2022, Defendants filed objections to the Report and Recommendation (Doc. #202) and on June 21, 2022, the Government filed a response (Doc. #209).

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #193) Defendants' motion to dismiss the indictment based on prosecutorial misconduct with regard to grand jury proceedings (Doc. #103) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: August 11, 2022  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT